UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-5 as

☐ Retained ☑ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☐ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: David Anthony Runyon

_____ as the
(party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s) ☐ movant(s)

_/s/ Michele Brace_
(signature)

Michele J. Brace
Name (printed or typed)

(434) 817-2970
Voice Phone

Va. Capital Representation Resource Ctr.
Firm Name (if applicable)

(434) 817-2972
Fax Number

2421 Ivy Road, Suite 301

Charlottesville, VA 22903
Address

mbrace@mindsort.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on August 23, 2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jeffrey A. Zick
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606

_/s/ Michele Brace_
Signature

Aug. 23, 2017
Date

01/19/2016 SCC