FILED: August 23, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)
———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

———————————

O R D E R
———————————

The court grants the motion to suspend briefing pending resolution of the

motion for abeyance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk