# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 23, 2017

_____

## RESPONSE REQUESTED
_____

No.   17-5,          US v. David Anthony Runyon
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:    Brian James Samuels
       Lisa Rae McKeel
       Jeffrey A. Zick

RESPONSE DUE: 09/05/2017

Response is required to the motion for abeyance on or before 09/05/2017.

RJ Warren, Deputy Clerk
804-916-2702