# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-5 as

☐ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☑ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: David A. Runyon

_____ as the
(party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s) ☐ movant(s)

s/Dana C. Hansen Chavis
(signature)

Dana C. Hansen Chavis                           865-637-7979
Name (printed or typed)                         Voice Phone

Federal Defender Services of East. Tenn.        865-637-7999
Firm Name (if applicable)                       Fax Number

800 S. Gay Street, Suite 2400

Knoxville, TN 37929                             Dana_Hansen@fd.org
Address                                         E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 9/1/2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian Samuels, Asst. U.S. Attorney<br>Lisa McKeel, Asst. U.S. Attorney<br>Fountain Plaza Three, Suite 300<br>721 Lakefront Commons<br>Newport News, VA 23606<br>Brian.Samuels@usdoj.gov<br>Lisa.McKeel@usdoj.gov | Jeffrey Zick, Special Asst. U.S. Attorney<br>Fountain Plaza Three, Suite 300<br>721 Lakefront Commons<br>Newport News, VA 23606<br>Jeffrey.Zick@usdoj.gov |

s/Dana C. Hansen Chavis                         9/1/2017
Signature                                        Date

01/19/2016 SCC