FILED: November 9, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for

filing the opening brief and appendix to March 27, 2018.


For the Court

/s/ Patricia S. Connor, Clerk