UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion to extend filing time, the court grants the motion. The court extends the time for filing the opening brief and joint appendix to July 25, 2018.


For the Court

/s/ Patricia S. Connor, Clerk