UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 17-5 |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
|     Defendant/Appellant. | ) | |

## UNOPPOSED MOTION TO EXCEED
## LENGTH LIMITATION IN APPELLANT'S OPENING BRIEF

Appellant David Runyon, by and through counsel, hereby moves this Court to allow Mr. Runyon to file an opening brief in excess of the 13,000 words normally permitted under Federal Rule of Appellate Procedure 32(a)(7)(B), and instead to file a brief not exceeding 37,500 words. In support of this motion, Runyon states the following:

1. Runyon was convicted of three federal capital offenses. For these crimes, he is under two sentences of death and one sentence of life imprisonment. After his convictions became final, he filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. This was superseded by an amended §2255 motion. The district court denied relief on all claims. It then denied his motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). Runyon timely noticed an appeal, and the deadline for him to file his opening brief is August 24, 2018.

2. This jury trial spanned 19 days, and the transcript is voluminous. Runyon's post-conviction motion attacking this proceeding raised complex, fact-intensive, multi-part issues. For example, one claim alleges that trial counsel failed to investigate and present eight different types and sources of evidence of innocence.

3. Runyon's motion also was lengthy. It presented 17 open claims, which totaled 140 pages, plus one claim filed under seal, which took 20 pages. The motion was supported by 38 exhibits, primarily relating to evidence trial counsel failed to investigate and present. The government's response was longer. It consumed 159 pages for the open claims and another 7 pages for the sealed claim. Runyon's reply was in the same ballpark: 140 pages for the open claims and 7 pages for the sealed claim, plus an additional 5 exhibits. Runyon also filed multiple motions for discovery and argued for an evidentiary hearing.

4. If there were any doubt about the complexity and detail involved in this matter, it is belied by the district court's opinion. Its text totaled 241 pages, and it denied all of Runyon's §2255 claims for relief.[1] The court also denied all of Runyon's requests for discovery and refused to hold an evidentiary hearing.

5. After careful review, Runyon has concluded that as a threshold issue, he must appeal the district court's termination of this matter without granting

---

[1] No part of the district court's opinion is sealed, because the court concluded it could address all claims in one document without revealing confidential information.

discovery or an evidentiary hearing. *See* §2255(b) (mandating an evidentiary hearing "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief"). These denials potentially affected multiple claims and denied Runyon the tools to which he was entitled.

6. Runyon additionally has winnowed his original 18 claims down to 6 that present the most important issues of law or of application of law to the facts of the case. Two of these claims, if successful, would each vacate all of Runyon's convictions. One claim, if successful, would vacate his conviction on one count for which he was sentenced to death, and require resentencing on the other counts. And three claims, if successful, would each leave Runyon's convictions intact but vacate his sentences.

7. Runyon's appellate counsel have diligently attempted to present these claims in a short and concise manner. But the complex and fact-intensive nature of the claims precludes this.

8. Runyon's counsel have consulted with counsel for the government, and are authorized to represent that the government consents to an oversize brief.

Wherefore, Appellant prays this Court grant him leave to file an oversized brief for good cause shown.

Respectfully submitted this the 14th day of August, 2018.

/s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

*Counsel for Appellant Runyon*

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, the foregoing Unopposed Motion to Exceed Length Limitation in Appellant's Opening Brief was served on counsel for the United States through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian J. Samuels | Lisa R. McKeel |
| Asst. United States Attorney | Asst. United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| Fountain Plaza Three, Suite 300 | Fountain Plaza Three, Suite 300 |
| 721 Lakefront Commons | 721 Lakefront Commons |
| Newport News, VA 23606 | Newport News, VA 23606 |
| Telephone (757) 591-4032 | Telephone (757) 591-4040 |
| Fax (757) 591-0866 | Fax (757) 591-0866 |
| Brian.Samuels@usdoj.gov | Lisa.McKeel@usdoj.gov |

/s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com