# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-5 _____ as

☐ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☑ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: David A. Runyon _____

_____ as the
(party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s) ☐ movant(s)

s/Susanne Bales _____
(signature)

Helen Susanne Bales _____
Name (printed or typed)

865-637-7979
Voice Phone

Federal Defender Services of East. Tenn. _____
Firm Name (if applicable)

865-637-7999
Fax Number

800 S. Gay Street, Suite 2400 _____

Knoxville, TN 37929 _____
Address

Susanne_Bales@fd.org _____
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on August 22, 2018 ___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian Samuels, Asst .U.S. Attorney<br>United States Attorney's Office<br> for the Eastern District of Virginia<br>721 Lakefront Commons<br>Newport News, VA 23606<br>Brian.Samuels@usdoj.gov | Lisa McKeel, Asst. U.S. Attorney<br>United States Attorney's Office<br> for the Eastern District of Virginia<br>721 Lakefront Commons<br>Newport News, VA 23606<br>Lisa.McKeel@usdoj.gov |

s/Susanne Bales _____
Signature

August 22, 2018 _____
Date

01/19/2016 SCC