## IN THE

# United States Court of Appeals
## FOR THE FOURTH CIRCUIT

### UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

### DAVID ANTHONY RUNYON,

*Defendant-Appellant.*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## AT NEWPORT NEWS

## ADDITIONAL MATERIALS TO
## OPENING BRIEF OF APPELLANT

Michele J. Brace
VA Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(434) 817-2970
mbrace@mindsort.com

Dana C. Hanson Chavis
Susanne Bales
Assistant Federal Defender
Federal Defender Services
of Eastern Tennessee
800 South Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org
susanne_bales@fd.org

*Counsel for Defendant-Appellant*

**LANTAGNE LEGAL PRINTING 801 East Main Street Suite 100 Richmond, Virginia 23219 (804) 644-0477**
**A Division of Lantagne Duplicating Services**

# LEGEND

**Sealed Chart #1** is a master chart that consolidates the information in the other charts. The "Status" and "Order" columns are color-coded as follows:

<u>Orange</u> for jurors who were seated.

<u>Green</u> for jurors who were excused for cause.

<u>Yellow</u> for jurors who were struck peremptorily by the government.

<u>Blue</u> for jurors who were struck peremptorily by the defense.

The "Race" column is partially color-coded to highlight all African-Americans:

<u>Orange</u> for African-Americans who were seated.

<u>Yellow</u> for African-Americans who were struck peremptorily by the government.

The "Q 61: Scale" column is partially color-coded to highlight the retained nonblack jurors whose answer to Question 61 was identical to, or more hostile to the government than, the answer to Question 61 given by the African-Americans who were struck.

<u>Purple</u> for nonblacks who circled (D) on Question 61.

**Sealed Chart #2** displays the information in the strike list: juror name, juror number, status, and order of the status event. The actual strike list is sealed, and is printed at J.A.3190-93. Two names on the strike list are not fully legible because of hole punches; the missing letters are shown on this chart by ellipses. The color coding on this chart for the "Status" and "Order" columns is identical to that described for Chart #1.

**Sealed Chart #3** displays selected information from the juror questionnaires: juror name, juror number, race, gender, and the juror's answers to three multiple-choice questions about the death penalty: Q 55, Q 56, and Q 61. The actual questionnaires are sealed, and are printed at J.A.3291-4468. This chart is not color-coded.

**Chart #4** is not sealed. It displays the information about jury selection that is in the trial transcript. The transcript identifies by juror name and juror number the 10 veniremembers who were excused for cause. It identifies by juror name, and in three instances by juror number, the 12 veniremembers who were seated, and the one veniremember who was held over for selection of alternates. The remaining 39 members were struck peremptorily, but the transcript does not identify who was struck by which party or in what order. The transcript includes names and/or juror numbers for a fraction of these veniremembers. To the extent the court orally addressed a juror as "Mr." or "Ms." during voir dire, that is the gender shown in this

chart. The transcript is reprinted at J.A.233-364. The jurors who were seated or excused for cause are color-coded on this chart consistent with Chart #1.

Batson Redacted Chart #1: Consolidated Jury Selection Information

| Juror No. | Status | Order | Name | Race | Sex | Q 55: View of Death Penalty | Q 56: Strength of View | Q 61: Scale |
|-----------|--------|-------|------|------|-----|------------------------------|-------------------------|-------------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Batson Redacted Chart #2:  Information in Jury Strike List

| Juror No. | Status | Order | Name | Race | Sex | Q 55: View of Death Penalty | Q 56: Strength of View | Q 61: Scale |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Juror No. | Status | Order | Name | Race | Sex | Q 55: View of Death Penalty | Q 56: Strength of View | Q 61: Scale |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Batson Chart #4:  Information in Trial Transcript

| Juror No. | Status | Order | Name | Race | Sex | Q 55: View of Death Penalty | Q 56: Strength of View | Q 61: Scale |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Abraham, Bobbette | | F | | | |
| | Seated | | Adams, Michael | | M | | | |
| 4 | | | Arnold, Michael | | M | | | |
| | | | | | | | | |
| 10 | Cause | | Barefoot, Kathleen | | F | | | |
| | | | Beale, Jacqueline | | F | | | |
| 13 | Cause | | Beisel, Jill | | F | | | |
| | Seated | | Bell, Charles Jr. | | M | | | |
| | | | Bennett, Valerie | | F | | | |
| | | | | | | | | |
| 20 | Cause | | Buchanan, Joyce | | F | | | |
| | Seated | | Cackowski, Elfriede | | | | | |
| | | | Campbell, John | | M | | | |
| 27 | Cause | | Canu, Nancy | | F | | | |
| | | | Carbonel, Ashley | | F | | | |
| 29 | | | Cary, Toni Lewis | | F | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Connor, Linda | | F | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Davidson, Kevin | | M | | | |
| | | | Davis, Barbara | | F | | | |
| | Held Over | | Diaz, Melvin | | M | | | |
| | | | | | | | | |
| | Seated | | Felton, Mollie | | F | | | |
| | | | Fenning, Richard | | M | | | |
| | | | | | | | | |
| | Seated | | Fien, Michael | | M | | | |
| | Seated | | Fink, Jeffrey | | | | | |
| 69 | | | Fischer, Mary | | F | | | |
| | Seated | | Foreman, Robin | | F | | | |
| | | | Freeman, Patty | | F | | | |
| | | | French, Linda | | F | | | |
| 75 | | | Gable, Brent | | M | | | |
| | | | | | | | | |
| 80 | Cause | | Going, Paige | | F | | | |
| | | | Golson, Vanessa | | F | | | |
| 82 | Cause | | Goodman, Judith | | F | | | |
| | | | Gordon, Susan | | F | | | |
| 86 | Seated | | Graham, Becky | | F | | | |
| | Seated | | Graham, Jennifer | | F | | | |
| | | | | | | | | |
| 95 | Seated | | Harris, Denee | | F | | | |
| | | | Head, Susan | | F | | | |
| 98 | Seated | | Head, Harriet | | F | | | |
| | | | Heim, Matthew | | M | | | |
| 106 | Cause | | Hostetler, Janet | | F | | | |
| | | | Hutchins, Lisa | | F | | | |
| | | | | | | | | |
| 110 | Cause | | Jackson, Patricia | | F | | | |
| | | | Jennings, Cecil | | M | | | |
| 115 | Cause | | Johnson, Shirley | | F | | | |
| | | | Jones, Yvonne | | F | | | |
| | | | | | | | | |
| 118 | | | Kennedy, William | | M | | | |
| | | | | | | | | |
| 120 | | | Kessler, Tempie | | F | | | |
| | Seated | | Kocevar, Carol | | F | | | |
| 126 | Cause | | Konowicz, Glenn | | M | | | |