UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,    )
                             )
       Plaintiff-Appellee,   )        No. 17-5
                             )        Death Penalty Case
v.                           )
                             )
DAVID ANTHONY RUNYON,        )
                             )
       Defendant-Appellant.  )

**MOTION TO EXCEED
PAGE LIMITATION OF JOINT APPENDIX**

Appellant David Runyon, through counsel, hereby requests permission to file a

Joint Appendix exceeding the page limitation established by Fourth Circuit Local Rule

32(a). In support of his Motion, Runyon states the following:

1.     This appeal is a capital appeal in a proceeding brought under 28 U.S.C.

§2255, on behalf of a federal prisoner who was convicted of three charges, for which he

received two death sentences and one sentence of life imprisonment.

2.     Runyon's counsel, in conjunction with the government's counsel, have

prepared a "selectively abridged record" that will allow the Court to "refer easily to the

relevant parts of the record," pursuant to Local Rules 30(a) and 30(b). The contents of

the appendix represent a compromise. For example, the government initially

designated the entire record of Runyon's 19-day trial, which Runyon considered

excessive, while Runyon designated comparatively small excerpts of the trial

record, which the government considered inadequate.

3. Runyon's appeal raises six substantive claims. Two of these, if successful, would each vacate all of Runyon's convictions. One, if successful, would vacate his conviction on one count for which he was sentenced to death, and require resentencing on the other counts. And three claims, if successful, would each leave Runyon's convictions intact but vacate his sentences. Because of the broad aggregate reach of these claims, the record designations are diverse.

4. The issues are fact-intensive and complex. The barest version of the pleadings below—Runyon's amended §2255 motion, the government's response, and Runyon's reply—totals 491 pages, without even counting the nearly 300 pages of exhibits. The district court's final order alone is 246 pages. And there are additional relevant postconviction motions, filings, and orders. The appendix also includes selected portions of the trial transcript and selected trial exhibits.

5. The appendix further includes 62 completed juror questionnaires that are relevant to Runyon's *Batson* claim. These questionnaires were not docketed in the district court, but at the conclusion of §2255 proceedings the court signed an agreed order stating that the questionnaires would be "within the scope of the record on appeal, as that term is defined in Fed. R. App. P. 10(a) and in Fourth Circuit Local Rule 10(d)." J.A.3163. The questionnaires are reprinted in full in the joint appendix because they are not accessible to this Court via PACER or other source.

For the reasons set out here, Petitioner respectfully requests permission to file a Joint Appendix of 4,663 pages.

Respectfully Submitted,

_____/s/_____
Michele J. Brace
Virginia Capital Representation
    Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com

Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
    Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Dana_Hansen@fd.org

Dated: August 24, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, the foregoing Motion to Exceed Page Limitation of Joint Appendix was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian J. Samuels | McKeel |
| Asst. United States Attorney | Asst. United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| Fountain Plaza Three, Suite 300 | Fountain Plaza Three, Suite 300 |
| 721 Lakefront Commons | 721 Lakefront Commons |
| Newport News, VA 23606 | Newport News, VA 23606 |
| Telephone (757) 591-4032 | Telephone (757) 591-4040 |
| Fax (757) 591-0866 | Fax (757) 591-0866 |
| Brian.Samuels@usdoj.gov Lisa R. | Lisa.McKeel@usdoj.gov |

Respectfully submitted,

/s/_____
Michele J. Brace
Virginia Capital Representation
    Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com