| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 17-5 |
| | ) | Death Penalty Case |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## APPELLANT'S MOTION FOR LEAVE TO FILE
## SEALED ADDITIONAL MATERIAL

Appellant David Runyon hereby moves for leave to file a sealed supplement

to his opening brief, with a redacted supplement for the public. Local Rule 28(b).

Runyon's brief alleges that prosecutors discriminated in their peremptory

strikes in violation of *Batson v. Kentucky*, 476 U.S. 79 (1986), and that Runyon's

trial and new appellate counsel unreasonably failed to challenge the strikes. Nearly

all of the information relevant to these claims is absent from the trial record; instead,

it appears in bits and pieces in disparate documents, most of which are under seal.

For their own use, appellant's counsel prepared four charts as quick

references. These charts extract and organize the information about potential jurors.

One chart shows *Batson*-related information that can be extracted from the trial

transcript; a second chart shows information in the sealed strike list, disclosing who

struck whom; a third chart shows information in the sealed juror questionnaires,

disclosing jurors' race, gender, and views on the death penalty; and the fourth chart consolidates the information from all of these sources.

Counsel find these charts very helpful, and they believe the charts will also assist the court and opposing counsel by providing quick and coordinated access to relevant information. For that reason, counsel seek leave to print the charts as a supplement to Runyon's opening brief.

The charts are preceded by a legend identifying the source(s) of information for each chart. The legend enables quick identification of each juror's race, gender, views on the death penalty, and status: seated, excluded for cause, peremptorily struck by the government, or peremptorily struck by the defense. It highlights the African-American jurors. Runyon also has prepared a redacted version of the additional materials, which shows only the information that is not under seal.

Wherefore, Runyon moves the Court to allow the filing of a sealed supplement of additional materials.

|  | _____/s/_____ |
|---|---|
| Michele J. Brace, VSB No. 36748 | Dana C. Hansen Chavis |
| Virginia Capital Representation | Asst. Federal Community Defender |
|  Resource Center | Federal Defender Services of |
| 2421 Ivy Road, Suite 301 |  Eastern Tennessee, Inc. |
| Charlottesville, VA 22903 | 800 S. Gay Street, Suite 2400 |
| Telephone (434) 817-2970 | Knoxville, TN 37929 |
| mbrace@mindsort.com | Telephone (865) 637-7979 |
|  | Dana_Hansen@fd.org |

August 24, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, the foregoing Appellant's Motion for

Leave to File Sealed Additional Material was served on all parties or their counsel of

record through the CM/ECF system if they are registered users or, if they are not, by

serving a true and correct copy at the addresses listed below:


Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov


___/s/_____
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com