| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 17-5 |
| | ) | Death Penalty Case |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## CERTIFICATE OF CONFIDENTIALITY

Appellant David Anthony Runyon, through counsel, hereby certifies to this Court that the Sealed Additional Materials accompanying his opening brief discloses information that should be maintained under seal by the United States Court of Appeals for the Fourth Circuit. It discloses information from the juror questionnaires and peremptory strike list, which the district court directed counsel to maintain under seal. J.A.1487-93. Undersigned counsel submit this certification is in compliance with Rule 25(c)(1) of the Local Rules of the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

_____/s/_____

| | |
|---|---|
| Michele J. Brace | Dana C. Hansen Chavis |
| Virginia Capital Representation | Asst. Federal Community Defender |
|    Resource Center | Federal Defender Services of |
| 2421 Ivy Road, Suite 301 |    Eastern Tennessee, Inc. |
| Charlottesville, VA 22903 | 800 S. Gay Street, Suite 2400 |
| mbrace@mindsort.com | Knoxville, TN 37929 |
| | Dana_Hansen@fd.org |

Dated: August 24, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, the foregoing Certificate of

Confidentiality was served on all parties or their counsel of record through the

CM/ECF system if they are registered users or, if they are not, by serving a true and

correct copy at the addresses listed below:

| | |
|---|---|
| Brian J. Samuels | Lisa R. McKeel |
| Asst. United States Attorney | Asst. United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| Fountain Plaza Three, Suite 300 | Fountain Plaza Three, Suite 300 |
| 721 Lakefront Commons | 721 Lakefront Commons |
| Newport News, VA 23606 | Newport News, VA 23606 |
| Telephone (757) 591-4032 | Telephone (757) 591-4040 |
| Brian.Samuels@usdoj.gov | Lisa.McKeel@usdoj.gov |

Respectfully submitted,

/s/_____
Michele J. Brace
Virginia Capital Representation
    Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com