UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion to exceed the length limitations for briefs,

the court grants leave to file a brief not in excess of 37,500 words.

For the Court

/s/ Patricia S. Connor, Clerk