# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 27, 2018

_____

RESPONSE REQUESTED

_____

No.   17-5,            <u>US v. David Anthony Runyon</u>
                       4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:    Jeffrey Alan Zick
       Brian James Samuels
       Lisa Rae McKeel

RESPONSE DUE: 09/06/2018

Response is required to the motion for leave to file sealed additional material as an addendum to the opening brief on or before 09/06/2018.

RJ Warren, Deputy Clerk
804-916-2704