FILED: August 28, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 4,663 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk