UNITED STATES OF AMERICA,   )
                 )
      Plaintiff-Appellee,    )    No. 17-5
                 )    Death Penalty Case
v.                  )
                 )
DAVID ANTHONY RUNYON,   )
                 )
      Defendant-Appellant.   )

## REPLY IN SUPPORT OF
## APPELLANT'S MOTION FOR LEAVE TO FILE
## <u>SEALED ADDITIONAL MATERIAL</u>

The United States opposes Runyon's motion to file additional material as a supplement to his opening brief. The government's arguments are misplaced, and the Court should grant Runyon's motion.

The Rules of Appellate Procedure may have caused confusion by using the word "supplement" in two contexts—one to supplement "the record," and one to supplement "the brief." The government argues that Runyon's additional material does not meet the criteria in Fed. R. App. P. 10(e)(2) and Local Rule 10(d) to create a "supplemental record." But Runyon's motion was filed under Local Rule 28(b), which the government does not address. That rule allows a party to "supplement the brief with matters other than those designated in FRAP 28(f) or FRAP 32.1(b)." Runyon's proffered additional material supplements his *brief*, not the *record*. Every

fact in the additional material is in the record, as the government acknowledges. Doc.40, p.7. Runyon has just consolidated those facts in a helpful format.

The government does not identify any inaccuracy in the additional material. It complains that the material does not include *all* of the record information related to jury selection. But Runyon suggests the charts are useful because they collect, from widely disparate parts of the record, the information that is most central to the *Batson* claim: who was peremptorily struck, and by which side; what is the race of each veniremember who was struck or was allowed to serve; and what was each veniremember's answer to multiple-choice questions about the death penalty on the juror questionnaire when (as here) that was the government's only stated reason for striking black veniremembers. Runyon's brief presents facts about jury selection beyond what is on the charts, and the government is free to do the same.

Wherefore, the Court should grant the to file additional materials.

\_\_\_\_\_/s/_____

Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com

September 7, 2018

Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Dana_Hansen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, the foregoing Reply in Support of Appellant's Motion for Leave to File Sealed Additional Material was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

___/s/_____
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com