UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volumes 8, 9, and 10 under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk