IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | RECORD NO. 17-5 |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

<u>MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF</u>

The United States of America, by and through its attorneys of record, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, respectfully requests an extension of four months from September 13, 2019 to January 13, 2020, in which to file its response brief in this matter and in support thereof states:

The defendant is appealing the denial of his motion under 28 U.S.C. § 2255 ("the 2255 motion") and raises a number of challenges to the convictions and death sentence that he received for Conspiracy to Commit Murder for Hire, in violation of 18 U.S.C. § 1958; and Murder in Connection with a Crime of Violence, in violation of 18 U.S.C. § 924(j).   The prosecution of this case initiated with an indictment in

1

February 2008.   The case was tried to a jury in June - August 2009.   The defendant was sentenced to death on December 4, 2009, and his direct appeal followed.

On February 25, 2013, this Court affirmed the defendant's conviction and sentence.   *United States v. Runyon*, 707 F.3d 475 (4th Cir. 2013).   On October 6, 2014, the Supreme Court denied his petition for writ of certiorari.   *Runyon v. United States*, 135 S. Ct. 46 (2014).   On October 5, 2015, the defendant filed the 2255 motion.   ECF 478.[1]   The United States filed its response on January 11, 2016. ECF 497.

The district court denied the 2255 motion on January 19, 2017, and declined to issue a certificate of appealability.   ECF 560.   In support of this denial, the district court issued a 240-page opinion.   *Id.*   Thereafter, the defendant filed various motions in the district court either challenging this denial under Federal Rule of Civil Procedure 59(e), or seeking access to materials.   ECF 566, 569, 570, 584. The district court denied these motions on June 21, 2017.   EFC 587.   The defendant filed his Notice of Appeal of the denial of the 2255 motion on August 18, 2017. ECF 590.

---

[1] References to the district court docket are designated "ECF #," while references to this Court's docket are designated "Doc. #."

2

Following the docketing of this appeal on August 21, 2017, a briefing order was issued on October 16, 2017, which required the defendant to file his opening brief and appendix by November 27, 2017. Doc. 18. Thereafter, the defendant moved for and received three unopposed extensions for the time for filing his opening brief and appendix.

On November 3, 2017, the defendant first moved for an extension of time of four months until March 27, 2018, and that motion was granted on November 9, 2017. Doc. 19, 20. On February 28, 2018, the defendant sought a second four-month extension until July 25, 2018, which was granted on March 5, 2018. Doc. 21, 22. On July 6, 2018, the defendant sought a one-month final extension until August 24, 2018, which was granted on July 9, 2018. Doc. 23, 24. Thus, the defendant sought and obtained extensions covering nine month for filing his opening brief.

The defendant filed his opening brief on August 24, 2018. Doc. 24. The brief consists of 157 pages, raising some seven separate claims of error in the denial of the 2255 motion. This Court issued the defendant a partial certificate of appealability on August 14, 2019, requiring a response from the United States by September 13, 2019. Doc. 47. The certificate of appealability covers four of the seven claims, but each of these claims contains several sub-claims with various

arguments presented in the alternative. The Joint Appendix filed with the opening brief consists of some ten separate volumes (including sealed volumes) with a total number of 4,636 pages. Doc. 43.

Given the extent of the record, the numerous claims requiring response, and the length of time the appeal has been pending without the requirement of response, the United States respectfully submits that additional time is needed to complete its response in this matter. Although the United States will be diligent in preparing its response, this matter arises amidst a particularly heavy time of litigation for both undersigned counsel for the United States, who have handled this capital case at each of its prior stages—trial, direct appeal, and the 2255 litigation in the district court.

AUSA Samuels currently has a number of matters set for and expected to go to trial in October through December 2019 that will take substantial time to prepare in August through September 2019. These matters include *United States v. Martin Hunt et al.*, (Criminal No.: 4:17cr152), scheduled for several weeks beginning October 15, 2019, with a trial date set nearly a year ago in October 2018; *United States v. Kenneth Spirito* (Criminal No.: 4:19cr43), scheduled for two weeks beginning November 19, 2019, and *United States v. Gregory Ziglar,* (Criminal No.: 4:19cr30), scheduled for two weeks beginning December 3, 2019. The *Hunt et al.* matter is a multi-defendant RICO conspiracy and murder trial that is expected to last

several weeks and will take considerable time to prepare as it involves three murders and numerous other acts of violence, drug trafficking and witness intimidation. The *Spirito* matter is a complex fraud and money laundering case concerning the misapplication of funds of an entity that receives federal funding. The *Ziglar* matter, which is currently in the midst of an interlocutory appeal from a defendant that desires to proceed pro se, involves a several-year home modification loan fraud scheme, as well as acts of money laundering and identity theft. AUSA Samuels also has numerous sentencing hearings and 2255 motion responses due in September and October 2019.

AUSA McKeel has a caseload consisting of two jury trials scheduled between October and November of 2019. These matters include *United States v. Michael Scott Porter* (Criminal No. 4:19cr74) and *United States v. Michael Lawrence Kerlin* (Criminal No. 4:19cr7). The *Porter* case is an eight-count indictment involving the transportation and receipt of child pornography. The United States expects the case to last approximately three days. The *Kerlin* case is a 19-count indictment involving the conspiracy to distribute heroin, cocaine, cocaine base and prescription drugs, maintaining a drug involved premise, firearm charges, use of a communication facility to facilitate a drug trafficking felony and numerous distribution charges. Two young women died in this case. The United States

expects the trial to extend from one to two weeks. Additionally, AUSA McKeel currently has three sentencings set in October 2019. Finally, AUSA McKeel currently has numerous cases under active investigation that involve child pornography, gang activity and murders. While the cases are set for October and November 2019, the undersigned must begin preparation for these trials and sentencings in August, as she is out two weeks in October (one for a planned vacation and the other for work related business).

Give the heavy litigation schedule in the next several months, the scope of the issues raised by the defendant that require careful review and analysis, and the voluminous record consisting of the district court opinion, the defendant's opening brief, and the Joint Appendix, the attorneys for the United States respectfully request an extension until January 13, 2020, in which to file the government's response brief in this matter. Defendant's counsel have advised that they do not object to the requested four-month extension.

WHEREFORE, due to the complexity of the issues raised in the appeal, the extensive record in this matter, the three unopposed extensions sought and granted by counsel for the defendant, and the conflicting commitments of counsel for the Appellee, the United States requests an extension of four months until January 13, 2020, within which to file its brief in this matter.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____
Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757/591-0866
Email: Brian.Samuels@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2019, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF System.   I further certify that

I caused a true and correct copy to be mailed to the Appellant at the address below:

| | |
|---|---|
| Michele J. Brace | Dana C. Hanson Chavis |
| VA Capital Representation | Assistant Federal Defender |
| Resource Center | Federal Defender Services of |
| 2421 Ivy Road, Suite 301 | Eastern Tennessee |
| Charlottesville, VA 22903 | 800 South Gay Street, Suite 2400 |
| (434) 817-2970 | Knoxville, TN 37929 |
| mbrace@mindsort.com | (865) 637-7979 |
| | dana_hansen@fd.org |

_____/s/_____

Brian J. Samuels
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757/591-0866
Email: Brian.Samuels@usdoj.gov