FILED: August 22, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 01/13/2020

Any reply brief: 21 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk