# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

September 18, 2019

_____

## TENTATIVE CALENDAR ORDER
_____

No.    17-5,              US v. David Runyon
                          4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

This case has been tentatively calendared for oral argument as follows:

Argument Session:   12/10/19 - 12/13/19

Additional Copies of Briefs & Appendices Due:   09/25/2019

Motions and Notice of Conflicts Due:  09/30/2019

The court requires a total of four paper copies of briefs and appendices in cases that are tentatively calendared for oral argument. If you previously filed one copy of your brief or appendix, you must now file three additional copies. If you have not yet filed your brief, you must file four paper copies and an electronic copy.

The requirement of four paper copies applies to all briefs and appendices, including: Amicus Briefs, Intervenor Briefs, Sealed Versions of Briefs, Public Versions of Briefs, Joint Appendices, Supplemental Appendices, Sealed Volumes of Joint and Supplemental Appendices, and Paper Copies of the Administrative Record adopted by Petitioner or Appellant as an Appendix.

All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. No ECF entry is made by counsel when filing additional copies of paper briefs and appendices.

Any motions that would affect the scheduling of argument, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed by the due date

shown above and must state whether opposing counsel consents to the requested relief.

Any scheduling conflict with dates during the argument session must be filed by the due date shown above, using the entry Notice re: conflict with proposed argument dates (form available at http://www.ca4.uscourts.gov/court-forms-fees). Do not file the form if you have no conflicts.

You will be notified either that your case has been scheduled for a date certain during the session or continued to the next available session. After a case has been scheduled for argument, any motion that would affect the argument date must show good cause for the requested relief and that the relief could not have been requested within the period set for notice of conflicts.

The identity of the panel hearing a case is not disclosed until the morning of argument.

For questions regarding scheduling of argument, please call 804-916-2714.

For questions regarding required copies, please call 804-916-2700.

/s/ PATRICIA S. CONNOR, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk