# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

<table>
<tr><td>Patricia S. Connor<br>Clerk</td><td>Telephone<br>804-916-2700</td></tr>
</table>

September 18, 2019

_____

## TENTATIVELY CALENDARED CASE CONTINUED

_____

No.   17-5,        <u>US v. David Runyon</u>
                   4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO: Counsel

You were previously notified of the tentative assignment of this case to an oral argument session. For scheduling reasons, your case has been continued. You will receive further notice from the court as soon as your case is assigned to another argument session.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2714