| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 17-5 |
| | ) | Death Penalty Case |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**APPELLANT'S NOTICE OF TYPOS IN THE**
***BATSON* SECTION OF HIS OPENING BRIEF**

Appellant David Anthony Runyon calls to the Court's attention two mathematical typos in the *Batson* section of his opening brief that counsel noticed during a recent review of the claim. The first typo concerns statistics. It would be difficult to spot, and it could cause confusion. The second typo could paint an inaccurate picture about the reasons the government gave for its strikes of African-American veniremembers.

First, the statistical likelihood of an event can be shown as a decimal or as a percentage. Runyon's opening brief uses a decimal when it states at the bottom of 106 that there is a probability of 0.026 that the government's strikes of African-Americans were independent of their race. The same probability can be expressed as a percentage by moving the decimal point two places to the right and adding a percent sign. Thus, Runyon's brief also says at the bottom of 106 that there is only

a 2.6% likelihood that the strikes of African-Americans were independent of their race. These two ways of expressing the probability have the same mathematical meaning, and both accurately reflect the results of Fisher's Exact Test.

Runyon's opening brief incorrectly states at 111 that there is a 0.026 % probability that the government's strikes of African-Americans were independent of their race. The inclusion of the percent sign in that figure is a typo that has unintended mathematical significance. It misstates the degree by which the strikes of African-Americans were independent of their race. The typo at 111 is most easily corrected by removing the percent sign; alternatively, it can be corrected by moving the decimal point two places to the right and retaining the percent sign. If the Court chooses to report the probability of these strikes in its opinion, the correct expression, as shown at 106, is either a probability of 0.026 or a 2.6% likelihood.

Second, Runyon's opening brief states at 109 that the government gave one—and only one—justification for all of its strikes of African-Americans: the jurors circled answer (d) to Question 61." The reference to Question 61 as the sole justification for the government's strikes of African-Americans is accurate, but the limitation to "answer (d)" is a typo. As the opening brief states correctly at 108, under the heading "Step Two: reason for strikes," the government said it struck five African-Americans because they circled (d) on Question 61, and it struck two

additional African-Americans because they circled (c & d) on Question 61. Correct

information on the government's strikes of African-Americans also is reflected in

the Sealed Additional Materials, Chart #1.

Respectfully submitted this the 23rd day of September, 2019.

s/Michele J. Brace
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

*Counsel for Appellant Runyon*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

s/Michele J. Brace
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com