UNITED STATES OF AMERICA,   )
   )
     Plaintiff-Appellee,   )     No. 17-5
   )     Death Penalty Case
v.   )
   )
DAVID ANTHONY RUNYON,   )
   )
     Defendant-Appellant.   )

## UNOPPOSED MOTION FOR LEAVE
## TO FILE CORRECTED OPENING BRIEF

Appellant David Anthony Runyon hereby moves the Court for leave to file a corrected opening brief in this matter. The correction will fix two errors in his originally filed brief, ECF #27, that have mathematical significance and could cause confusion in the *Batson* section of his opening brief.

The first error involves statistics. A probability can be expressed as a decimal (e.g., a probability of 0.026), or as a percentage (e.g., a likelihood of 2.6%). Both of these examples have the same value and meaning in statistics, and both are used in Runyon's brief at page 106 to quantify the probability that the government's peremptory strikes of African-American veniremembers were independent of the potential jurors' race. But at page 111, the opening brief inappropriately combines characteristics of the two expressions and says the

probability that the strikes were independent of race is 0.026 %. That figure is incorrect and its use could cause confusion, especially if the Court chose to repeat the number in its opinion. The corrected brief removes the percent sign, and leaves in place an accurately expressed decimal of 0.026.

The second error concerns the government's justification for peremptorily striking 7 of the 10 African-American veniremembers. Runyon's opening brief accurately reports at page 108 that in district court proceedings, the government said it struck five African-Americans because they circled answer (d) on Question 61 of the juror questionnaire, indicating support for the death penalty, and it struck two additional African-Americans because they circled answers (c & d) on Question 61, indicating they both support and oppose the death penalty. But at page 109, the opening brief indicates that the government said it struck these seven veniremembers because they circled answer (d) to Question 61. The corrected brief clarifies that the government said it struck these veniremembers because they circled either (d) or both (c & d) in answering Question 61. Runyon notes that the Sealed Additional Material, Chart #1, accurately shows the government's peremptory strikes of African-Americans as well as each struck member's answer(s) on Question 61.

Opposing counsel has been contacted and does not object to this motion.

Respectfully submitted this the 30th day of September, 2019.

s/Michele J. Brace
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

*Counsel for Appellant Runyon*

**CERTIFICATE OF TYPE-VOLUME COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because the motion contains 361 words, excluding exhibits, caption, signature blocks, and certificates. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ Michele J. Brace*

Michele J. Brace

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

s/Michele J. Brace
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com