FILED: September 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file a corrected

opening brief, the court grants the motion and accepts the corrected brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk