| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 17-5 |
| | ) | |
| DAVID ANTHONY RUNYON | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Government's Unopposed Motion for an
Expansion of the Word Limit in Its Response Brief**

The United States respectfully moves this Court for an extension of the word limitation in its response brief, which is currently due on Monday, January 13, 2020.  ECF No. 51.  More specifically, the government requests an expansion of its word count from 13,000 to 22,000 words.  The government recognizes that, under Local Rule 32(b), a motion to expand the word limit should be filed "at least 10 days prior to the due date of the brief."  The government regrets not filing this motion sooner, although the government has conferred with defense counsel, who has expressed no objection to this late-filed motion.

By way of background, this is an appeal from the denial of habeas relief in a capital case.  Post-conviction litigation in this matter has been extensive, with the district court issuing a 241-page opinion denying relief.  JA2824–3064.  The

record is similarly extensive, including ten appendix volumes.  The seven unsealed volumes total more than 3,100 pages.

There are several reasons why an expansion in the government's word-count limitation is warranted.  The Court previously granted the defendant's motion to file an opening brief with a size limitation not in excess of 37,500 words.  ECF No. 37.  The defendants' opening brief, as filed, contains 33,913 words.  ECF No. 56.  The defendant's opening brief addressed seven discrete issues, with the Court ultimately granting a certificate of appealability on four of them.  ECF No. 46.  The government estimates that the defendant's opening brief, including those argument sections still at issue in this appeal and excising the others, totaled approximately 25,000 words.

In view of the multi-week trial at issue in this appeal, the extensive record, and the need to fully address the issues in this capital case, the United States believes than filing oversized response brief will ensure that the issues in this case are briefed adequately and appropriately.  For these reasons, the United States respectfully requests an extension in the size of its response brief to not more than 22,000 words.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____

Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757/591-0866
Lisa.McKeel@usdoj.gov Email:
Brian.Samuels@usdoj.gov

3