# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,   )
                                 )

       Plaintiff-Appellee,       )      No. 17-5
                                 )      Death Penalty Case

v.                           )
                                 )

DAVID ANTHONY RUNYON,   )
                                 )

       Defendant-Appellant.    )

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

Appellant David Anthony Runyon, by and through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Appellate Procedure 27 and Fourth Circuit Local Rule 31(c) for an additional 10-day extension of time in which to file Runyon's reply brief in the above-captioned matter. Counsel have communicated with Lisa McKeel and Brian Samuels, counsel for the government, and the government does not object to the requested extension.

In support thereof, counsel for Appellant further state as follows:

1. Appellee's brief was filed on January 13, 2020. (ECF No. 64). After receiving an extension of the word count, the Government filed a 103-page brief. (ECF Nos. 62, 63).

2. On January 24, 2020, Runyon moved for a 28-day extension to file his reply, which the court granted that same day. (ECF Nos. 66, 67). Runyon's reply brief is currently due on March 2, 2020.

3. The extension Runyon requested has proved to be short-sighted. For instance, Runyon's prior motion mentioned Attorney Chavis's obligations in other cases with scheduled execution dates, but activities in those cases turned out to be particularly acute. In the case of Nicholas Sutton, whose execution was carried out last night (February 20), one of Chavis's federal defender co-workers, who had been assisting her with an issue in Runyon's reply, was diverted to research and write an original habeas petition and an unrelated petition for writ of certiorari (both for Sutton), motions for a stay of execution for both petitions, and the subsequent replies to the state's oppositions to the two petitions and two motions. Moreover, following the clemency hearing mentioned in Runyon's prior motion, attorney Chavis spent two days preparing supplemental materials to submit to the parole board. Counsel had not foreseen these additional matters when previously assessing the amount of time that would be available to work on Runyon's reply brief and, therefore, counsel underestimated the length of additional time to request in their first extension motion.

4. In addition, Runyon's counsel have a continuing need to re-familiarize themselves with the many small details of this case because the district court issued

its opinion over three years ago, in January 2017, and counsel filed Runyon's opening brief 1½ years ago, in August 2018.

5.　Attorney Brace, who is responsible for a substantial but single issue, recently identified some questionable factual statements in the government's brief about the defendant and certain proceedings at trial that are not reported in the transcript.  Addressing this issue will require a detailed back-and-forth discussion with the client, but the earliest the prison could schedule a legal telephone call is February 28, which is the last work day before Runyon's reply brief is currently due. Depending on the outcome of the telephone conversation, a portion of the reply may require significant change.

6.　Wherefore, Appellant Runyon respectfully moves this Court for the entry of an order extending the deadline for filing Appellant's reply brief by an additional 10 days, up to and including March 12, 2020.

Respectfully submitted this the 21st day of February, 2020.

s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.net

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

*Counsel for Appellant Runyon*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 21, 2020, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian J. Samuels | Lisa R. McKeel |
| Asst. United States Attorney | Asst. United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| Fountain Plaza Three, Suite 300 | Fountain Plaza Three, Suite 300 |
| 721 Lakefront Commons | 721 Lakefront Commons |
| Newport News, VA 23606 | Newport News, VA 23606 |
| Telephone (757) 591-4032 | Telephone (757) 591-4040 |
| Fax (757) 591-0866 | Fax (757) 591-0866 |
| Brian.Samuels@usdoj.gov | Lisa.McKeel@usdoj.gov |

<u>s/Michele J. Brace</u>
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
<u>mbrace@mindsort.net</u>