# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. _____ Caption: _____

Argument Session For Which You Are Scheduled: _____

Dates You Are Available To Argue in the Session (if any):

Identify any other cases you are tentatively scheduled to argue this session:

Other Relevant Information:

Party(ies) Represented:

Counsel: _____

_____          _____
Date                                      Signature

01/27/2020  SCC