**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,     )
                                            )

       Plaintiff-Appellee,            )        No. 17-5
                                            )        Death Penalty Case

v.                                             )

                                            )

DAVID ANTHONY RUNYON,     )

                                            )

       Defendant-Appellant.       )

## MOTION TO EXCEED
## LENGTH LIMITATION IN APPELLANT'S REPLY BRIEF

Appellant David Runyon, by and through counsel, hereby moves this Court to allow him to file a reply brief in excess of the words normally permitted under Federal Rule of Appellate Procedure 32(a)(7)(B)(ii), and instead to file a brief not exceeding 17,000 words. Counsel for the government, Brian Samuels and Lisa McKeel, are in trial until approximately March 16, 2020, and have not advised undersigned counsel of their position on this request.

In support of this motion, counsel for Appellant state as follows:

1. On August 14, 2018, Appellant filed an unopposed motion for leave to exceed the type-volume count in Rule 32(a)(7)(B)(i), and to file an opening brief not exceeding 37,500 words. (Doc. 25).

2. Appellant filed his opening brief on August 24, 2018. (Doc. 27). Through careful editing, the type-volume of the filed brief was about 34,000 words.

3. The Court granted Runyon's motion on August 27, 2018, authorizing him to file an opening brief not exceeding 37,500 words. (Doc. 37).

4. On August 14, 2019, the Court granted Runyon a certificate of appealability on four of the six issues he presented. Two of the granted issues involve both substantive errors and questions of ineffective assistance of counsel. (Doc. 46).

5. On January 7, 2020, Appellee filed an unopposed motion for leave to exceed the type-volume limit and to file a response brief not to exceed 22,000 words. (Doc. 62).

6. The Court granted Appellee's motion on January 13, 2020, authorizing him to file a response brief not exceeding 22,000 words. (Doc. 63).

7. Also on January 13, 2020, the government filed its response brief. Its type-volume was about 22,000 words.

8. Appellant's reply brief is due on March 12, 2020.

9. Appellant hereby moves the Court for leave to exceed the type-volume limit and to file a reply brief not to exceed 17,000 words. This space is necessary because the government's brief presents arguments that it did not advance in its district court pleadings, and which Runyon now must address. The space also is necessary because Runyon must update his legal arguments by discussing court decisions issued in the 1½ years since he filed his opening brief.

10. Runyon's requested type-volume limit is half the type-volume limit of his opening brief, and thus is consistent with the structure of Rule 32(a)(7)(B)(ii).

11. Runyon's counsel attempted to consult with opposing counsel, but have been unable to do so due to opposing counsel's trial schedule. Because Runyon is already one day past this Court's date for requesting an oversize brief, he is filing this motion without waiting further for the position of opposing counsel.

12. Wherefore, Appellant Runyon respectfully moves this Court for the entry of an order granting him leave to file a reply brief not exceeding 17,000 words.

Respectfully submitted this the 3rd day of March, 2020.

s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.net

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

*Counsel for Appellant Runyon*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 3, 2020, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

<u>s/Michele J. Brace</u>
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.net