# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 4, 2020

_____

RESPONSE REQUESTED
_____

No.   17-5,        <u>US v. David Runyon</u>
                   4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:     United States of America

RESPONSE DUE: 03/06/2020

Response is required to the motion to exceed length limitations for reply brief on or before 03/06/2020.

Emily Borneisen, Deputy Clerk
804-916-2704