IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>v.<br><br>DAVID ANTHONY RUNYON<br><br>Defendant-Appellant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 17-5 |

**United States' Response to Motion for an Extension of the Word Limit**

The United States respectfully responds to this Court's request for a response to the defendant-appellant's motion for an extension of the word limitation in its reply brief pursuant to Rule 32(a)(7)(B)(ii) of the Federal Rules of Appellate Procedure. (Doc. 73). The Court previously granted the defendant's motion to file an opening brief with a size limitation not in excess of 37,500 words. (Doc. 37). The defendant's opening brief, as filed, contained 33,913 words consisting of some six issues. (Doc 56). The Court granted a certificate of appealability on four of these issues. (Doc. 46).

The Court thereafter granted the government's motion for an extended word limit, not to exceed 22,000 words, for its response brief, filed January 13, 2010. (Doc. 62, 63). The defendant now seeks leave to file a reply brief not to exceed

17,000 words. While this is approximately half of the size of the defendant's opening brief, which contained six issues, the defendant contends that this additional space is needed to respond to government arguments and updated legal arguments.

Given the more limited certificate of appealability, the government initially had suggested a lesser extension when its position was requested in February 2020. The defendant's counsel advised they would consider this need to additional length. The defendant's counsel raised this issue anew while counsel for the government was in trial, preventing inclusion of the government's position before the defendant filed the instant motion on the same day as the request was made of the government.

The government respectfully defers to the Court on whether such a requested extension is warranted for the defendant's reply brief.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/

Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Attorneys for the United States
Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757/591-0866
Email: Lisa.McKeel@usdoj.gov
Email: Brian.Samuels@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, we electronically filed the foregoing document for which conventional service is required with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA 22903
Ph: 434-817-2970, 202-223-6380
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN 37929
Ph: (865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org

G. Zachary Terwilliger
United States Attorney

By: _______/s/________________________
Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Attorneys for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300

721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov
Email: Brian.Samuels@usdoj.gov