IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent-Appellee, | ) | No. 17-5 |
| | ) | Death Penalty Case |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |

UNOPPOSED EMERGENCY MOTION FOR
EXTENSION TO MONDAY, MARCH 16, 2020

Appellant David Anthony Runyon, by and through undersigned counsel, submits this emergency motion for an extension until March 16, 2020, in which to file his Reply Brief. The motion is made pursuant to Federal Rule of Appellate Procedure 27 and Fourth Circuit Local Rule 31(c).

This is Runyon's third request for an extension. He has previously requested, and the Court has granted, two extensions: one of 28 days and one of 10 days. Present circumstances necessitate this request for a short, third extension. Counsel have communicated with Lisa McKeel and Brian Samuels, counsel for the government, and the government does not object to the requested extension.

In support thereof, counsel for Appellant further states as follows:

1. On Sunday, March 8, 2020, Attorney Brace fell and sustained a compound break in her right little finger. She currently cannot write with her right

hand, and computer use is limited to her left hand. She is also required to attend an appointment with a hand surgeon on Wednesday, March 11, 2020.

2.      This unexpected event has impeded counsel's ability to complete the brief by Thursday, March 12, 2020. Counsel anticipates being able to submit the brief by Monday, March 16, 2020.

3.      Wherefore, Runyon moves the Court to extend the deadline for filing to and including March 16, 2020.

Respectfully submitted this the 10th day of March, 2020.

s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
s/Susanne Bales
Susanne Bales
Asst. Federal Community Defenders
Federal Defender Services of
Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999

*Counsel for Appellant Runyon*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, the foregoing document was

served on all parties or their counsel of record through the CM/ECF system if they

are registered users or, if they are not, by serving a true and correct copy at the

addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis