UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 17-5 |
| | ) | Death Penalty Case |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL APPENDIX**

Appellant, David A. Runyon, respectfully moves this Court for leave to file

a seven-page supplemental appendix pursuant to Local Rule 30(c).

The contents of the Supplemental Appendix are as follows:

First, three pages from the sentencing phase transcript of co-defendant in

this matter, Michael Anthony Eric Draven, Nov. 17, 2009 (Sentencing pp. 34-36,

*United States v. Michael Anthony Eric Draven*, No. 4:08-cr-16 (E.D. Va. Nov. 17,

2009), Doc. 345).

Second, four pages of testimony from Theodore Schlossman, given in the

sentence-selection phase of Runyon's trial (Transcript Seventeenth Day of Trial,

Theodore Schlossman testimony pp. 2541-2544, *United States v. David Anthony*

*Runyon*, No. 4:08-cr-16 (E.D. Va. Aug. 25, 2009), Doc. 342), which are not in the

Joint Appendix.

Draven's sentencing transcript is a part of the district court record in this matter. (*United States v. Michael Anthony Eric Draven*, No. 4:08-cr-16 (E.D. Va. Nov. 17, 2009), Doc. 345). The additional transcript pages specifically support Appellant's arguments made in reply to the Brief of the United States. Schlossman's testimony is likewise a part of the district court record. (Transcript Seventeenth Day of Trial, *United States v. David Anthony Runyon*, No. 4:08-cr-16 (E.D. Va. Aug. 25, 2009), Doc. 342). The additional transcript pages support Appellant's arguments made in reply to the Brief of the United States.

Counsel for the government has been contacted and they do not object to the inclusion of the above transcript pages in a Supplemental Appendix.

Respectfully submitted this the 16th day of March, 2020.

s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
s/ Susanne Bales
Susanne Bales
Asst. Federal Community Defender

Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

*Counsel for Appellant Runyon*

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

s/Michele J. Brace
Michele J. Brace