**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

June 11, 2020

_____

PRE-ARGUMENT REVIEW ORDER
_____

No.    17-5,          <u>US v. David Runyon</u>
                      4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

This case is being assigned for pre-argument review by a panel of the court to determine whether argument should be scheduled and to make any appropriate disposition in the case. See Local Rule 34(a). The case may be scheduled for in-person argument on September 9-11, 2020, scheduled for remote argument during September 2020, or submitted for decision on the briefs. If there are dates counsel is unavailable to argue this case in September, please file the attached Notice re: conflict with proposed argument dates within 7 days.

No paper copies of briefs and appendices are required.

(No ECF entry is required for paper copies of previously filed briefs and appendices).

/s/ PATRICIA S. CONNOR, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk