# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR                                                                    TELEPHONE
CLERK                                                                          (804) 916-2700

_____

## N O T I C E
_____


DATE:          July 24, 2020

TO:            Counsel

FROM:          Patricia Connor

SUBJ:          Suspension of In-Person Oral Arguments for September 9-11, 2020


The court will not hold in-person oral arguments during its September 9-11, 2020, argument session. Cases identified for pre-argument review for the September 9-11, 2020, session will be scheduled for argument by video-conference or teleconference, submitted on the briefs, or continued to a later session, at the direction of the panels in each case. Counsel will receive further notice from the court regarding proceedings in their case.