UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent-Appellee, | ) | No. 17-5 |
| | ) | Death Penalty Case |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner-Appellant. | ) | |

**APPELLANT'S REQUEST FOR**
**<u>ORAL ARGUMENT OF 30 MINUTES PER SIDE</u>**

Appellant David Anthony Runyon, by counsel, pursuant to Local Rule 34(d), hereby requests that in this matter, which is scheduled to be heard on September 10, 2020, each side should be given 30 minutes for oral argument. This is a death penalty habeas case under 28 U.S.C. § 2255, in which this Court granted petitioner a certificate of appealability on four claims, two of which allege both constitutional error and ineffective assistance of counsel, and which additionally presents some complex procedural issues. This brief expansion of the time allowed for argument should help the Court better consider the issues before it.

Pursuant to Local Rule 27(a), counsel for Runyon has contacted the government and is authorized to represent that counsel for the United States does not oppose this motion.

Respectfully submitted this the 31st day of August, 2020.

s/Michele J. Brace
Michele J. Brace
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender

s/ Susanne Bales
Susanne Bales
Asst. Federal Community Defender

Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org
Susanne_Bales@fd.org

*Counsel for Appellant Runyon*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2020, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:


Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov


<u>s/Michele J. Brace</u>
Michele J. Brace