IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | RECORD NO. 17-5 |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

RESPONSE OF THE UNITED STATES TO SCHEDULING ORDER

The United States of America, by and through its attorneys of record, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, hereby responds to this Court's Order of August 28, 2020, in connection with scheduling oral argument in the above-referenced case as follows:

1.     Counsel for the United States is available to argue this case on September 10, 2020.

2.     Assistant United States Attorney Brian J. Samuels will present oral argument on behalf of the United States.

3.     The United States is aware that counsel for defendant-appellant has requested 30 minutes of argument time for each side.  Doc. 92.  If this request is

1

granted, counsel for the United States would request the full 30 minutes allotted for argument. If this request is denied, the United States requests the generally allotted 20 minutes.

4.     Counsel for the United States can be reached at (757) 591 - 4029 to join the teleconference on the date of argument.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____

Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757/591-0866
Email: Brian.Samuels@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2020, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF System that will result in notice

being provided to all registered counsel of record.

_____/s/_____
Brian J. Samuels
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757/591-0866
Email: Brian.Samuels@usdoj.gov
