FILED: September 1, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion for thirty minutes of oral argument, the court grants the motion and extends the oral argument time to thirty (30) minutes for each side.

For the Court

/s/ Patricia S. Connor, Clerk