# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

September 2, 2020

_____

## ORAL ARGUMENT NOTIFICATION
## (TELECONFERENCE)

_____

No.   17-5,          US v. David Runyon
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

This case has been calendared for oral argument by teleconference as follows:

Argument Date:   09/10/2020

Argument Starting Time:   2:00 p.m.

Check-in Time:  The clerk's office will call you approximately 30 minutes before the start of argument to join you to the conference.

An audio live stream of the oral argument will be available here:
https://www.ca4.uscourts.gov/oral-argument/remote-oral-arguments

The identity of the panel hearing a case is not disclosed until the morning of argument.

Joseph L. Coleman, Jr., Calendar Clerk