# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED

800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

Elizabeth B. Ford
Federal Community Defender

Telephone 865-637-7979
Fax 865-637-7999

September 8, 2020

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re:  *United States v. Runyon*, No. 17-5
     Response to letter under Fed. R. App. P. 28(j)

Dear Ms. Connor:

In *U.S. v. Ross,* __ F.3d__, 2020 WL 4590124 (8th Cir. Aug. 11, 2020), the Eighth Circuit held that kidnapping inherently requires a reckless disregard of human life, and thus, when death results from kidnapping, a defendant has engaged in the reckless use of physical force. Because under Eighth Circuit law, reckless use of force suffices under the 18 U.S.C. §924(c) force clause, the Court held that kidnapping resulting in death qualifies as a "crime of violence."

Assuming arguendo that the Eighth Circuit is correct that kidnapping resulting in death inherently requires the reckless use of force, and the same applies to conspiracy to commit murder for hire resulting in death under 18 U.S.C. §1958(a), Mr. Runyon should still prevail under Fourth Circuit law. Indeed, Fourth Circuit precedent unequivocally holds that the reckless use of force does not suffice under the §924(c) force clause. *See U.S. v. McNeal,* 818 F.3d 141, 154-55 (4th Cir.2016); *U.S. v. Hodge,* 902 F.3d 420-27 (4th Cir.2018); *U.S. v. Allred,* 942 F.3d 641 (4th Cir.2019); *U.S. v. Middleton,* 883 F.3d 485 (4th Cir.2018).

In any event, for all the reasons discussed in ECF No. 98, the Eighth Circuit was wrong to conclude that "death resulting" even requires the reckless use of force. Indeed, "death resulting" under §1958(a) (like felony murder) is a strict liability element that requires no mens rea—recklessness or even negligence. Therefore, a §1958(a) conspiracy resulting in death is not a §924(c) "crime of violence."

Respectfully submitted,

FEDERAL DEFENDER SERVICES OF
  EASTERN TENNESSEE, INC.

s/ Susanne Bales
Susanne Bales
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Susanne_Bales@fd.org

*Counsel for Appellant Runyon*