February 22, 2021

_____

RECORD RETURN

_____

No.   17-5,          <u>US v. David Runyon</u>
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:   Fernando Galindo
      UNITED STATES DISTRICT COURT
      Eastern District of Virginia
      Walter E. Hoffman United States Courthouse
      600 Granby Street
      Norfolk, VA 23510-0000

The original record on appeal is returned herewith. The enclosed record consists of:

[X] Volumes of transcripts (including sealed transcript) from United States District Court for the Eastern District of Virginia at Newport News

[X] Volumes of exhibits 147-204B and 1-157A from United States District Court for the Eastern District of Virginia at Newport News

**[1] TOTAL NUMBER OF BOXES**

Emily Borneisen, Deputy Clerk
804-916-2704