August 24, 2022

_____

RESPONSE REQUESTED

_____

No.   17-5,   <u>US v. David Runyon</u>
4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:   United States of America

RESPONSE DUE: 09/06/2022

Response is required to the motion to recall the mandate and for leave to file out-of-time petition for panel rehearing or rehearing en banc on or before 09/06/2022.

Emily Borneisen, Deputy Clerk
804-916-2704