UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,   )
                              )
      Plaintiff-Appellee,      )      No. 17-5
                              )      Death Penalty Case
v.                         )
                              )
DAVID ANTHONY RUNYON,   )
                              )
      Defendant-Appellant.    )

**NOTICE OF INTENT TO FILE REPLY IN OPPOSITION TO
UNITED STATES' RESPONSE TO MOTION TO RECALL MANDATE**

PLEASE TAKE NOTICE that the Appellant David A. Runyon, intends to file a reply in opposition to the United States' response to the motion to recall the mandate.  Counsel anticipate filing a reply promptly and no later than September 12, 2022.  Counsel respectfully request the Court not act on the motion until the reply is received.

Respectfully submitted this the 8th day of September, 2022.

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

s/Susanne Bales
Susanne Bales
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637 7979
Fax (865) 637-7999
Susanne_Bales@fd.org

*Counsel for Appellant Runyon*

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

3