UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to Appellant's motion to recall the mandate and for leave to file an out-of-time petition for panel rehearing or en banc rehearing, the court denies the motion.

Judge Wilkinson and Judge Niemeyer voted to deny the motion. Chief Judge Gregory voted to grant the motion.

For the Court

/s/ Patricia S. Connor, Clerk